Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HWANG,<br><br>Plaintiff,<br><br>v.<br><br>TEST RITE PRODUCTS CORPORATION, et al.,<br><br>Defendants. | Case No.: 2:22-cv-01259-JWH-SHK<br>*Hon. John W. Holcomb Presiding*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES** |

*TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

PLEASE TAKE NOTICE THAT a settlement to resolve all claims at issue in this action and in the consolidated matter, captioned C.D. Cal. Case Nos. 2:22-cv-02108-JWH-SHK, has been reached. Plaintiff anticipates the filing of a Notice of Dismissal with Prejudice of this consolidated matter within forty-five (45) days of this filing, with each of the parties paying their own attorneys' fees and costs as incurred in this action. So owing, Plaintiff respectfully requests that the Court take all dates off-calendar and retain jurisdiction for the purposes of enforcing the settlement agreement.

Respectfully submitted,

Dated: November 15, 2023    By:    */s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
Frank R. Trechsel, Esq.
DONIGER /BURROUGHS
*Attorneys for Plaintiff*